IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION & ENVIRONMENTAL JUSTICE; *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION; *et al.*, <br><br> Respondents, <br><br> SAN BERNARDINO INTERNATIONAL AIRPORT AUTHORITY; EASTGATE BLDG 1, LLC, <br><br> Intervenors. | No. 20-70272 |
| STATE OF CALIFORNIA, by and through Xavier Becerra, in his official capacity as Attorney General, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION; *et al.*, <br><br> Respondents. | No. 20-70464 |

On Petition for Review of an Order
By the Federal Aviation Administration

**PETITIONERS' UNOPPOSED MOTION FOR CLARIFICATION**

Adrian Martinez
Yasmine Agelidis
Candice Youngblood
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
213.766.1060
amartinez@earthjustice.org

*Counsel for Petitioners*

# UNOPPOSED MOTION FOR CLARIFICATION

Petitioners Center for Community Action & Environmental Justice, Sierra Club, Teamsters Local 1932, Shana Saters, and Martha Romero (collectively, "Environmental Justice Petitioners") respectfully request clarification from this Court as to the intent of the Order dated January 26, 2022 (Dkt. 99).

Specifically, Environmental Justice Petitioners believe the Court is seeking a response from Respondents Federal Aviation Administration ("FAA") and Stephen M. Dickson to both the petition for rehearing en banc filed by the State of California (Dkt. 93) and the petition for rehearing en banc filed by Environmental Justice Petitioners (Dkt. 94).

## I. Background

1. Environmental Justice Petitioners filed a petition for review challenging the FAA's decision to issue a Finding of No Significant Impact ("FONSI") under the National Environmental Policy Act, approving Amazon's Eastgate Air Cargo Logistics Center (the "project") in San Bernardino, California. *Ctr. for Cmty. Action & Env't Just. v. FAA*, No. 20-70272 (filed January 29, 2020).

2. The State of California also filed a petition for review challenging the FAA's FONSI for the project. *California v. FAA*, No. 20-70464 (filed February 20, 2020).

3. On March 11, 2020, this Court granted a motion to consolidate the petitions for review filed by the State of California and Environmental Justice Petitioners. (Dkt. 25).

1

4. In merits briefing, Environmental Justice Petitioners and Petitioner State of California asserted one overlapping argument regarding the FAA's failure to reconcile inconsistent and inaccurate truck trip estimates in its environmental review of the project. (*See* Dkts. 55 & 57).

5. On November 18, 2021, this Court issued a decision denying the petitions. (Dkt. 92).

6. On January 3, 2022, Petitioner State of California timely filed a petition for rehearing en banc. (Dkt. 93). Environmental Justice Petitioners also timely filed a petition for rehearing en banc on January 3, 2022. (Dkt. 94).

7. On January 26, 2022, this Court directed Federal Respondents to file a response to "Appellants' Petition for Rehearing En Banc (Dkt. 93)." (Dkt. 99). The Order specifically referenced State of California's petition for rehearing en banc, Docket Entry 93.

8. Counsel for Environmental Justice Petitioners contacted the Ninth Circuit Clerk of Court's Office seeking clarification as to whether the intention of the Court's Order is for Appellees to respond to both the petition for rehearing en banc filed by the State of California (Dkt. 93) and the petition for rehearing en banc filed by Environmental Justice Petitioners (Dkt. 94). The clerk suggested Environmental Justice Petitioners file a motion for clarification.

9. The State of California does not oppose this motion.

10. Counsel for Respondents FAA and Stephen M. Dickson do not object to Environmental Justice Petitioners seeking clarification of the Order.

11. Because the cases filed by Environmental Justice Petitioners and the State of California are consolidated, if the Court decides to rehear this case en

banc, the three-judge panel opinion issued on November 18, 2021 would become non-citable as precedent, pursuant to Circuit Advisory Committee Note to Ninth Circuit Rules 35-1 to 35-3.

## II.  Relief Requested

WHEREFORE, Petitioners respectfully ask this Court to grant this request and issue an order:

> Directing Federal Respondents FAA and Stephen M. Dickson to file a response to the petition for rehearing en banc filed by the State of California (Dkt. 93) and the petition for rehearing en banc filed by Environmental Justice Petitioners (Dkt 94).

Dated: January 31, 2022

Respectfully submitted,

EARTHJUSTICE

By: /s/ *Adrian Martinez*
Adrian Martinez
Yasmine Agelidis
Candice Youngblood
Earthjustice

*Counsel for Petitioners*

# CERTIFICATE OF COMPLIANCE

I hereby certify that Petitioners' Unopposed Motion for Clarification contains 554 words and is less than 20 pages, excluding the items exempted by Federal Rules of Appellate Procedure 32(f), and thus complies with this Court's type-volume and length requirements under Appellate Rules 27(d)(2)(A) and 32(g), and Circuit Rule 27-1(1)(d). I further certify that this motion's typeface and type-style comply with the requirements of Appellate Rules 32(a)(5) and (6).

Dated: January 31, 2022                Respectfully submitted,

                                                      EARTHJUSTICE

                                                     By: /s/ *Adrian Martinez*
                                                         Adrian Martinez
                                                         Yasmine Agelidis
                                                         Candice Youngblood
                                                         Earthjustice

                                                     *Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 31, 2022.

All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Dated: January 31, 2022

Respectfully submitted,

EARTHJUSTICE

By: /s/ *Adrian Martinez*
    Adrian Martinez
    Yasmine Agelidis
    Candice Youngblood
    Earthjustice

*Counsel for Petitioners*